United States District Court

Eastern District of California

Theodore O'Dell Wilson,

    Petitioner,

vs.

John Marshall, et al.,

    Respondents.

No. Civ. S 06-0159 LKK PAN P

Order

-oOo-

Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and requests leave to proceed in forma pauperis. (The court has not ruled on petitioner's request to proceed in forma pauperis.)

Petitioner challenges a conviction in the Fresno County Superior Court and, therefore, this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

Pursuant to Local Rule 3-120(f), this action is transferred to the district court in Fresno.

1  The new case number is 1:06CV00141 AWI TAG HC____.  In the
2 future all papers shall bear this number and shall be filed at:
3       United States District Court
        Eastern District of California
4       2500 Tulare Street
        Fresno, CA 93721
5
6  So ordered.
7  Dated: February 7, 2006.
8                               /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
9                               Magistrate Judge

2