1

2

3

4                          UNITED STATES DISTRICT COURT

5                          EASTERN DISTRICT OF CALIFORNIA

6

7      THEODORE O'DELL WILSON,              )        1:06-cv-00141-AWI-TAG-HC
                                            )
8             Petitioner,                   )        ORDER DENYING MOTION FOR
                                            )        APPOINTMENT OF COUNSEL
9             v.                            )        (Doc. 3)
                                            )
10     JOHN MARSHALL, et al.,               )
                                            )
11                                          )
              Respondents.                  )
12     _____ )

13            Petitioner has requested the appointment of counsel. (Doc. 3). There currently exists no

14     absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258

15     F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th

16     Cir.), cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the

17     appointment of counsel at any stage of the case "if the interests of justice so require." See Rule

18     8(c), Rules Governing Section 2254 Cases. Here, Petitioner contends that appointment of counsel

19     is required because of the complexity of the issues in this case. (Doc. 3, p. 1).  In the present case,

20     the Court does not find that justice requires the appointment of counsel at the present time.  Based

21     on the foregoing, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel

22     (Doc. 3), is DENIED.

23

24     IT IS SO ORDERED.

25     Dated:   **February 17, 2006**                          **/s/ Theresa A. Goldner**
       **j6eb3d**                                      UNITED STATES MAGISTRATE JUDGE
26

27

28