IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEODORE O'DELL WILSON,

    Petitioner,                   1:06-CV-00141 ALA HC

    vs.

JOHN MARSHALL, et al.,

    Respondents.           <u>ORDER</u>

_____/

    Petitioner Theodore Wilson is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 28, 2007, respondents filed a motion to dismiss. Petitioner filed a response in opposition on February 1, 2008. The court requests respondents file a reply to petitioner's response prior to issuing a ruling.

/////

    Therefore, IT IS HEREBY ORDERED that respondents file a reply to petitioner's February 1, 2008, response in opposition within thirty-five (35) days of the date of this order.

/////

DATED: March 10, 2008                /s/ Arthur L. Alarcón
                                           UNITED STATES CIRCUIT JUDGE
                                           Sitting by Designation

1